445 A.2d 224

Commonwealth v. Miller, Appellant.

Submitted January 27, 1982. Abram Frank Reynolds, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.